# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE SOARES CARRASCO,<br><br>     Plaintiff,<br><br>     v.<br><br>C.H. ROBINSON WORLDWIDE, INC., et al.,<br><br>     Defendants. | Case No.  1:13-cv-01438-LJO-SAB<br><br>ORDER PARTIALLY APPROVING THE PARTIES' STIPULATION<br><br>(ECF Nos. 37, 38) |

On April 8, 2014, the parties in this action filed a stipulation to refer this action to a settlement conference before a magistrate judge and to stay this action until completion of the settlement conference.  The Court will grant the parties' request for a referral to a settlement conference and will set a settlement conference before Magistrate Judge Sandra M. Snyder on June 4, 2014 at 1:30 p.m.

Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.  The parties shall submit a Confidential Settlement Conference Statement directly to Judge Snyder's chambers by e-mail to SMSOrders@caed.uscourts.gov at least seven (7) days prior to the settlement conference.  The statement should not be filed with the Clerk of the Court nor served on any other party, although

the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

Further, due to District Judge Lawrence J. O'Neill's overwhelming caseload, the Court is unable to accommodate the parties' request to stay this action pending the completion of the settlement conference. As the parties were informed at the scheduling conference, in cases before a district judge where the parties have not consented to the jurisdiction of a magistrate judge, the Court has minimal flexibility in moving deadlines and dates due to the overwhelming number of other cases with deadlines and dates already scheduled. Accordingly, deadlines and dates cannot be moved and cases cannot be stayed except in the most extreme circumstances. All cases set before a district judge must proceed as scheduled in order for the Court to keep pace with the Eastern District of California's crushing caseload.

Based upon the foregoing, it is HEREBY ORDERED that:

1. A settlement conference is scheduled in this matter before Magistrate Judge Sandra M. Snyder on June 4, 2014 at 1:30 p.m.;
2. The parties are shall submit confidential settlement statements one week prior to the settlement conference to SMSOrders@casd.uscourts.gov; and
3. The parties' request to stay this action until completion of the settlement conference is DENIED.

IT IS SO ORDERED.

Dated: **April 16, 2014**

UNITED STATES MAGISTRATE JUDGE