# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE SOARES CARRASCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.H. ROBINSON WORLDWIDE, INC. et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01438-LJO-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS<br><br>ORDER DENYING DEFENDANT'S MOTIONS TO COMPEL WITHOUT PREJUDICE<br><br>(ECF Nos. 42, 43, 44) |

On November 17, 2014, Plaintiff filed a notice of settlement of this action.  Due to the notice of settlement, IT IS HEREBY ORDERED that:

1. All future dates are vacated;

2. Defendants' motions to compel are denied without prejudice due to the settlement of the action; and

3. The parties shall file dispositive documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **November 18, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1