1

**Wanger Jones Helsley PC**
Jay A. Christofferson #203878
   *jchristofferson@wjhattorneys.com*

2

265 East River Park Circle, Suite 310
Fresno, California  93720

3

Telephone:    (559) 233-4800
Facsimile:    (559) 233-9330

4

5

Attorneys for Plaintiff DESIRE SOARES CARRASCO

6

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

**FRESNO DIVISION**

10

11

| | |
|---|---|
| DESIRE SOARES CARRASCO, | Case No. 1:13-cv-01438-LJO-SAB |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |
| v. | |
| C.H. ROBINSON WORLDWIDE, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{7462/002/00508834.DOCX}

1   IT IS HEREBY STIPULATED by and between the parties to this action through their

2   respective counsel, that the above-entitled action be dismissed **WITH PREJUDICE** as to

3   Defendant, C.H. ROBINSON WORLDWIDE, INC. pursuant to Federal Rule of Civil

4   Procedure 41(a)(1).

5       **IT IS SO STIPULATED**:

6   DATED: DECEMBER 10, 2014          WANGER JONES HELSLEY PC

7

8                                     By: */s/* Jay A. Christofferson _____
                                      Jay A. Christofferson
9                                     Attorneys for DESIRE SOARES
                                      CARRASCO
10

11  DATED: DECEMBER 10, 2014          SEYFARTH SHAW LLP

12

13                                    By: */s/* D. Joshua Salinas _____
                                      Robert B. Milligan
14                                    D. Joshua Salinas
                                      Attorneys     for    C.H.     ROBINSON
15                                    WORLDWIDE, INC.

16

17                            **ORDER**

18      Based upon this Stipulation, **IT IS HEREBY ORDERED** that this action is

19  DISMISSED WITH PREJUDICE as to Defendant, C.H. ROBINSON WORLDWIDE, INC.

20  All parties are to bear their own fees and costs.  The Clerk is directed to close this action.

21  **SO ORDERED**
    **Dated: December 10, 2014**
22
                                              **/s/ Lawrence J. O'Neill**
23                                            **United States District Judge**

24

25

26

27

28

{7462/002/00508834.DOCX}
STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

## PROOF OF SERVICE

1

**UNITED STATES DISTRICT COURT,**

2  **EASTERN DISTRICT OF CALIFORNIA**

3          At the time of service, I was over 18 years of age and **not a party to this action**.  I am
employed in the County of Fresno, State of California.  My business address is 265 East River
4  Park Circle, Suite 310, Fresno, California  93720.

5          On December 10, 2014, I served true copies of the following document(s) described as
6  **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS
WITH PREJUDICE** on the interested parties in this action as follows:

7
   Robert Milligan, Esq.
8  D. Joshua Salinas, Esq.
   Seyfarth Shaw LLP
9  2029 Century Park East, Suite 3500
   Los Angeles, California  90067
10

11 Attorneys Representing:
   C.H. Robinson Worldwide, Inc.

12          **BY CM/ECF NOTICE OF ELECTRONIC FILING:**   I electronically filed the
13 document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case
who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the
14 case who are not registered CM/ECF users will be served by mail or by other means permitted
by the court rules.

15          I declare under penalty of perjury under the laws of the United States of America and
16 the State of California that the foregoing is true and correct.

17          Executed on December 10, 2014, at Fresno, California.

18

19                                            _____
20                                            Karen P. Manriquez

21

22

23

24

25

26

27

28

{7462/002/00508834.DOCX}

PROOF OF SERVICE